THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EUGENE J. ORRICO; BRIAN J. ORRICO; BETTE J. ORRICO; JEAN M. ORRICO; CRAIG A. ORRICO; JOHN E. ORRICO; WAYNE V. KEENER; THE RESIDUARY TRUST OF CAROL M. KEENER, BY AND THROUGH WAYNE V. KEENER and CHRISTINA THOREN, Co-Trustees,<br><br>Plaintiffs,<br><br>v.<br><br>ALLIANT FOODSERVICE, INC., a Delaware corporation, and U.S. FOODSERVICE, a Delaware corporation,<br><br>Defendants. | No. CV-02-1250P<br><br>ORDER DIRECTING DISBURSEMENT OF CASH BOND |

This matter came before the Court on the Motion for Order Directing Disbursement of Cash Bond filed on behalf of Alliant Foodservice, Inc. ("Alliant") and U.S. Foodservice ("USF"). Pursuant to this Court's Order dated July 14, 2003 and FRAP 7, Alliant and USF posted a cash bond with the Court in the amount of $8,172,000.00, which included the principal amount of the judgment and prejudgment interest (calculated from December 1, 2001), on July 16, 2003. Based on the Court's consideration of the Motion for Order Directing Disbursement of Cash Deposit, any pleadings filed in opposition or support thereof, and the record and file herein.

[PROPOSED] ORDER DIRECTING
DISBURSEMENT OF CASH BOND - 1
Cause No.: CV-02-1250P

Seattle-3248241.1 0031382-00002

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101-3197
Telephone (206) 624-0900

1  IT IS HEREBY ORDERED that:

2  The clerk is authorized and directed to draw a check on the funds on deposit in the
3  registry of this Court in the principal amount of $8,172,000.00, plus all accrued interest, minus
4  statutory user fees, to be made payable to "Stoel Rives LLP IOLTA Trust Account." Upon
5  preparation of the check payable to "Stoel Rives LLP IOLTA Trust Account," the clerk shall
6  deliver the check for pick-up at the Court's clerk's office and notify J. Ronald Sim or Christina
7  L. Haring at Stoel Rives LLP at (206) 624-0900 by telephone that the check is ready to be picked
8  up at the Court's clerk's office.

9

10  Dated:  ____July 6_____, 2005.

11
         ____/s Marsha J. Pechman_____
12       The Honorable Marsha J. Pechman

13

14  Presented by:

15  STOEL RIVES LLP

16

17  By ___/S/_____J. Ronald Sim_____
    J. Ronald Sim, WSBA No. 4888
18  Email:  jrsim@stoel.com

    Christina L. Haring, WSBA No. 30121
19  Email: clharing@stoel.com

20  Attorneys for Defendants Alliant Foodservice, Inc. and
    U.S. Foodservice
21

22

23

24

25

26

[PROPOSED] ORDER DIRECTING
DISBURSEMENT OF CASH BOND - 2
Cause No.:  CV-02-1250P

Seattle-3248241.1 0031382-00002

**STOEL RIVES LLP**
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101-3197
*Telephone (206) 624-0900*

1  Approved as to form;
   Notice of Presentation waived

2

3  RIDDELL WILLIAMS P.S.

4
   By_____
5     John D. Lowery, WSBA No. 6633
       Gavin W. Skok, WSBA  No. 29766
6  Attorneys for Plaintiffs

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

[PROPOSED] ORDER DIRECTING
DISBURSEMENT OF CASH BOND - 3
Cause No.:  CV-02-1250P

Seattle-3248241.1 0031382-00002

**STOEL RIVES** LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101-3197
*Telephone (206) 624-0900*