1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ORRICO, et al.,

                    Plaintiff(s),

      v.

ALLIANT FOODSERVICE, et al.,

                   Defendant(s).

NO. C02-1250P

MINUTE ORDER

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman:

In response to the parties' joint letter of September 26, 2005, the Court amends the case schedule in the above-entitled matter as follows:

| | |
|---|---|
| Amended date for Expert Report Disclosure | January 15, 2006 |
| Amended date for Discovery Cutoff | February 15, 2006 |

Filed this day of , 2005.

BRUCE RIFKIN, Clerk

By    /s Mary Duett
         Deputy Clerk

MINUTE ORDER