UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ORRICO, et al.,

        Plaintiff(s),

v.

ALLIANT FOODSERVICE, et al.,

        Defendant(s).

NO. C02-1250P

ORDER ON MOTION FOR PROTECTIVE ORDER

The above-entitled Court, having received and reviewed:

1. Defendants' Motion for Protective Order

2. Plaintiffs' Opposition to Defendants' Motion for Protective Order

3. Defendants' Reply in Support of Defendants' Motion for Protective Order

and all exhibits and declarations attached thereto, makes the following ruling:

IT IS HEREBY ORDERED that the motion is DENIED IN PART and GRANTED IN PART. Defendants' request to strike certain topics noted for the 30(b)(6) depositions will be DENIED. Plaintiffs will be permitted to proceed with the 30(b)(6) depositions as noted, with the following restrictions: depositions of those witnesses designated solely as 30(b)(6) witnesses will be restricted to seven (7) hours, while depositions of those witnesses designated as both fact witnesses and 30(b)(6) witnesses may not exceed ten (10) hours in length.

The clerk is directed to provide copies of this order to all counsel of record.

Dated: December 7, 2005

*Marsha J. Pechman*
Marsha J. Pechman
U.S. District Judge

**ORD ON MTN
FOR PROT ORD - 1**