The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EUGENE J. ORRICO, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>ALLIANT FOODSERVICE, INC., et al.,<br><br>  Defendants. | NO. C02-1250-P<br><br>**STIPULATION AND PROPOSED ORDER OF DISMISSAL**<br><br>**Noted on Motion Calendar:<br>January 17, 2006** |

### STIPULATION

The parties, through their undersigned counsel, hereby stipulate to the dismissal of this action in its entirety, with prejudice, and with each party bearing its own costs and attorney's fees, and request that the Court enter the subjoined Order.

//
//
//
//

STIPULATION AND PROPOSED ORDER OF DISMISSAL
CASE NO. C02-1250-P - 1
291/503529.02

Riddell Williams P.S.
1001 FOURTH AVENUE PLAZA
SUITE 4500
SEATTLE, WA 98154-1065
(206) 624-3600

1  STIPULATED and AGREED this <u>17th</u> day of January, 2006.

2  RIDDELL WILLIAMS P.S.

3

4  By _____/s/_____
John D. Lowery, WSBA #6633
5  Gavin W. Skok, WSBA #29766
Of Attorneys for Plaintiffs

6

7  CONNOR & SARGENT PLLC

8

9  By_____/s/_____
Stephen P. Connor, WSBA #14305
10  Of Attorneys for Intervenor-Plaintiff Paul Junker

11  STOEL RIVES LLP

12

13

14  By_____/s/_____
J. Ronald Sim, WSBA #4888
Christina L. Haring, WSBA #30121
15  Of Attorneys for Defendants

16  **ORDER**

17  The parties having entered into the above-joined Stipulation and the Court

18  having reviewed the files and records herein and being otherwise fully informed in

19  the premises, now, therefore,

20  IT IS HEREBY ORDERED that this matter should be and is hereby

21  dismissed, with prejudice, each side bearing its own costs and attorney's fees.

22  IT IS SO ORDERED this _19th day of _____January_____, 2006.

23

24                                      /s Marsha J. Pechman

25                       The HONORABLE MARSHA J. PECHMAN

26

STIPULATION AND PROPOSED ORDER OF DISMISSAL
CASE NO. C02-1250-P - 2
291/503529.02

Riddell Williams P.S.
1001 FOURTH AVENUE PLAZA
SUITE 4500
SEATTLE, WA 98154-1065
(206) 624-3600

Presented jointly by:

RIDDELL WILLIAMS P.S.


By_____/s/_____
John D. Lowery, WSBA #6633
Gavin W. Skok, WSBA #29766
Of Attorneys for Plaintiffs


STOEL RIVES LLP


By_____/s/_____
J. Ronald Sim, WSBA #4888
Christina L. Haring, WSBA #30121
Of Attorneys for Defendants


CONNOR & SARGENT PLLC


By_____/s/_____
Stephen P. Connor, WSBA #14305
Of Attorneys for Intervenor-Plaintiff Paul Junker

STIPULATION AND PROPOSED ORDER OF DISMISSAL
CASE NO. C02-1250-P - 3
291/503529.02

Riddell Williams P.S.
1001 FOURTH AVENUE PLAZA
SUITE 4500
SEATTLE, WA  98154-1065
(206) 624-3600